THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN FROEHLICH, Appellant.

*People* v. *Froehlich*, 110 App. Div. 873, affirmed.
(Argued June 12, 1906; decided June 21, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 8, 1905, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of perjury.

*Lewis Stuyvesant Chanler* and *Lorlys Elton Rogers* for appellant.

*William Travers Jerome, District Attorney* (*Robert C. Taylor* and *Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.